**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                                                                                  Case No. 05-cr-39-01-PB

**Thomas Parodi**


**O R D E R**

    The defendant has moved to continue the September 7, 2005 trial in the above case.  A plea agreement has been negotiated, however additional time is required to schedule the plea hearing. The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to schedule a plea hearing or properly prepare for trial, the court will continue the trial from September 7, 2005 to November 1, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance

outweigh the best interests of the public and the defendant in a speedy trial.

    SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

September 2, 2005

cc:  Richard Monteith, Esq.
     Mark Irish, Esq.
     United States Probation
     United States Marshal