```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                                                      Case No. 05-cr-39-PB

**Thomas Parodi**

### O R D E R

    The defendant has moved to continue the November 1, 2005 trial in the above case.  The parties have negotiated a plea agreement and a plea hearing has been scheduled for November 15, 2005.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason, the court will continue the trial date from November 1, 2005 until December 6, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    SO ORDERED.

                                            /s/Paul Barbadoro  
                                          Paul Barbadoro  
                                          United States District Judge

October 20, 2005

cc:  Richard Monteith, Esq.  
     Mark Irish, AUSA  
     United States Probation  
     United States Marshal